B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Las Animas Wood Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **84-1239130** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**577 CR 233**<br>**Durango, CO**<br>ZIPCODE **81301-6567** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**La Plata** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**577 CR 233, Durango, CO**   ZIPCODE **81301-6567** |
| --- |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ⎪ ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Las Animas Wood Products, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Las Animas Wood Products, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Charles G. Stewart**
Signature of Attorney for Debtor(s)

**Charles G. Stewart 15254
Charles G. Stewart, P.C.
P.O. Box 1240
Paonia, CO  81428
(970) 527-5600  Fax: (970) 527-5601
cstew@tds.net**

**December 21, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Timothy N. Spellman**
Signature of Authorized Individual

**Timothy N. Spellman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 21, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                Case No. _____

**Las Animas Wood Products, Inc.** _____   Chapter **11** _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 505,169.00 | **2011 YTD estimated** |
| 310,892.00 | **2010** |
| 578,017.00 | **2009** |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wood Trade International LLC**<br>**370 E Cascade Ave**<br>**Sisters, OR  97759** | **10/13/2011** | **6,015.00** | **0.00** |
| **Rocky Mountain Chocolate Factory**<br>**265 Turner Dr**<br>**Durango, CO  81303-7941** | **10/4/2011 $2,400**<br>**11/18/2011 $5,036**<br>**12/22/2011 $2,743.20** | **10,179.20** | **0.00** |
| **Capital Lumber Co.**<br>**5851 Edith Blvd NE**<br>**Albuquerque, NM  87107-5011** | **9/29/2011 $3,314.43**<br>**10/13/2011 $481.38**<br>**11/15/2012 $2,138.64** | **6,552.42** | **0.00** |
| **Olguin's Inc.**<br>**PO Box 2220**<br>**El Prado, NM  87529** | **9/29/2011 $3,214.43**<br>**10/28/2011 $7,730.85**<br>**11/15/2011 $2,690.82** | **13,636.10** | **0.00** |
| **New Vision Forest Products, Inc.**<br>**4025 NW Camala Dr**<br>**Albany, OR  97321-9835** | **12/22/2011 $10,103.43** | **10,103.43** | **0.00** |

None   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Timothy N. Spellman**<br>**577 CR 233**<br>**Durango, CO  81301-6567**<br>**President/Stockholder** | **See attached Exhibit A** | **14,251.37** | **537,282.67** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank (USA) N.A. v. Timothy N. Spellman and Las Animas Wood Products, Inc**<br>**Case No: 10C624** | **collection of debt** | **County Court, Las Animas County, 200 E. 1st St., Room 304, Trinidad CO 81082** | **judgment** |
| **CACH, LLC v. Tim Spellman aka Timothy N. Spellman and Las Animas Wood Products, Inc.;**<br>**Case No.: unknown** | **collection of debt** | **County Court, La Plata County, 1060 E. 2nd Ave., Durango CO 81301** | **pending** |
| **First Southwest Bank vs. Las Animas Wood Products Inc.;**<br>**Case No. 2011CV416** | **Rule 120** | **District Court, Las Animas County, 200 E. 1st St., Room 304, Trinidad CO 81082** | **order** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Capital One Bank**<br>**C/O Machol & Johannes, LLC** | **12/2/2011** | **checking account/$13,201.06** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**600 Seventeenth St Ste 800N**
**Denver, CO  80202-5462**

---

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Charles G. Stewart, P.C.**<br>**PO Box 1240**<br>**Paonia, CO  81428-1240** | **12/5/2011** | **10,000.00** |
| **Charles G. Stewart, P.C.**<br>**PO Box 1240**<br>**Paonia, CO  81428-1240** | **12/5/2011 court filing fee** | **1,046.00** |
| **Gail Cooper**<br>**440 Investment**<br>**4381 S Highway 377**<br>**Aubrey, TX  76227-5098** | **10/18/2011** | **5,000.00** |
| **Shand, Newbold & Chapman PC**<br>**PO Box 2790**<br>**Durango, CO  81302-2790** | **11/18/2011** | **378.00** |
| **David Miller**<br>**Kutner Miller Briner, PC**<br>**33 East 17th Ave., Ste 500**<br>**Denver, CO  80203** | **8/2/2010** | **640.00** |

---

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| Treasure Auction Service | 11/13/2010 | sale of miscellaneous business |
| 22319 Highway 140 | | property, $19,753.38, funds used to |
| Hesperus, CO  81326-9403 | | pay operating expenses |
| none | | |

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Dave Paul Industries, Inc. | 9/29/2011 | 948.04 |
| 2729 Cr 228 | | |
| Durango, CO  81301-8232 | | |
| Mark Sword | 9/16/2011 | 626.02 |
| 53 Saddle Ln | | |
| Durango, CO  81301-8513 | | |

## 14. Property held for another person

None List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Jane Graham** | **6/5/2010 to 8/1/2010** |
| **Lori Lohf** | **8/2010 thru 7/2011** |
| **Lohf Business Services, LLC** | |
| **313 Mountain River Rd** | |
| **Bayfield, CO  81122-8752** | |
| **Tamara S. Bronson, C.P.A** | **9/2008 thru present** |
| **813 Main Ave Ste 300** | |
| **Durango, CO  81301-5485** | |
| **Elisabeth Webber** | **9/2011 thru present** |
| **In Balance, LLC** | |
| **PO Box 4593** | |
| **Durango, CO  81302-4593** | |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Elisabeth Webber**
**In Balance, LLC**
**PO Box 4593**
**Durango, CO  81302-4593**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **11/2011** | **Timothy Spellman** | **$92,500/cost** |

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Timothy N. Spellman**<br>**577 CR 233**<br>**Durango, CO  81301-6567** | **President** | **10,000 shares, 100%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 21, 2011**                Signature: ***/s/ Timothy N. Spellman***

                            **Timothy N. Spellman, President**
                                                        Print Name and Title

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    _____**4** continuation pages attached

   *Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS
EXHIBIT A

6:00 PM

12/20/11

Accrual Basis

**Las Animas Wood Products, Inc.**
**Account QuickReport**
As of December 31, 2010

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 11/30/2010 | 140 | Irish Embassy | paid by Tim S... | Meals & Entert... | 65.82 | 515,901.14 |
| Check | 12/1/2010 | 17693 | A-H Properties LLC | Property pay... | Cash-1stSW | -1,066.92 | 514,834.22 |
| Check | 12/8/2010 | EFT | Hyundai Motor Fina... | | Cash-1stSW | -516.85 | 514,317.37 |
| Bill | 12/19/2010 | 121910 | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 513,800.52 |
| General Journal | 12/22/2010 | 46 | Bronson Custom Se... | Credit for tax ... | Accounts Rec... | -2,943.75 | 510,856.77 |
| General Journal | 12/22/2010 | 47 | Tamara S. Bronson,... | Credit for tax ... | Accounts Paya... | 277.50 | 511,134.27 |
| Deposit | 12/31/2010 | | | Transfer | Cash-1stSW | 2,000.00 | 513,134.27 |
| Transfer | 12/31/2010 | | | Funds Transfer | Tim Spellman ... | 69.83 | 513,204.10 |
| General Journal | 12/31/2010 | 121 | | TSB10-1 Adj... | -SPLIT- | 9,897.03 | 523,101.13 |
| Total Add'l Paid in Capital | | | | | | 119,700.03 | 523,101.13 |
| **TOTAL** | | | | | | **119,700.03** | **523,101.13** |

6:00 PM
12/20/11
Accrual Basis

**Las Animas Wood Products, Inc.**
**Account QuickReport**
As of December 31, 2011

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **Add'l Paid In Capital** | | | | | | | |
| | | | | | | | 523,101.13 |
| Bill | 1/3/2011 | 010111 | A-H Properties, LLC | Property pay... | Accounts Paya... | -533.46 | 522,567.67 |
| Check | 1/3/2011 | | Spellman, Tim | BOA #9775 P... | Cash-1stSW | -563.69 | 522,003.98 |
| Check | 1/12/2011 | EFT | Spellman, Tim | | Cash-1stSW | -2,000.00 | 520,003.98 |
| Bill | 1/19/2011 | 011911 | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 519,487.13 |
| Transfer | 1/24/2011 | | | | Tim Spellman | 10,000.00 | 529,487.13 |
| Transfer | 1/27/2011 | | | Funds Transfer | Cash-1stSW | 400.00 | 529,887.13 |
| Transfer | 1/27/2011 | | | Funds Transfer | Cash-1stSW | -400.00 | 529,487.13 |
| Transfer | 1/28/2011 | | | Funds Transfer | Cash-1stSW | -2,000.00 | 527,487.13 |
| Transfer | 1/31/2011 | | | Funds Transfer | Tim Spellman ... | 353.92 | 527,841.05 |
| Bill | 2/2/2011 | 020211 | A-H Properties, LLC | Property pay... | Accounts Paya... | -533.46 | 527,307.59 |
| Transfer | 2/5/2011 | | | | Tim Spellman ... | 118.66 | 527,426.25 |
| Check | 2/7/2011 | | Spellman, Tim | | Cash-1stSW | -1,000.00 | 526,426.25 |
| Deposit | 2/9/2011 | | Spellman, Tim | Deposit | Cash-1stSW | 3,000.00 | 529,426.25 |
| General Journal | 2/15/2011 | 54 | | Tims persona... | Accounts Paya... | 154.96 | 529,581.21 |
| Bill | 2/16/2011 | 021611 | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 529,064.36 |
| General Journal | 2/23/2011 | 55 | | Tim payment | Accounts Paya... | 42.76 | 529,107.12 |
| Bill | 3/1/2011 | 030111 | A-H Properties, LLC | Property pay... | Accounts Paya... | -533.46 | 528,573.66 |
| Deposit | 3/3/2011 | | Spellman, Tim | Deposit | Cash-1stSW | 12,000.00 | 540,573.66 |
| Deposit | 3/3/2011 | | Spellman, Tim | Transfer to Ti... | Cash-1stSW | -2,000.00 | 538,573.66 |
| Check | 3/7/2011 | EFT | Spellman, Tim | | Cash-1stSW | -2,000.00 | 536,573.66 |
| Check | 3/11/2011 | 17805 | Spellman, Tim | | Cash-1stSW | | 536,573.68 |
| Check | 4/1/2011 | 17841 | Spellman, Tim | | Cash-1stSW | | 536,573.66 |
| Check | 4/1/2011 | 17843 | A-H Properties LLC | April 2011 Pa... | Cash-1stSW | -533.46 | 536,040.20 |
| Deposit | 4/1/2011 | | Spellman, Tim | Deposit | Cash-1stSW | 9,000.00 | 545,040.20 |
| Deposit | 4/5/2011 | | Spellman, Tim | Transfer | Cash-1stSW | 5,000.00 | 550,040.20 |
| Check | 4/8/2011 | Auto | Hyundai Motor Fina... | | Cash-1stSW | -516.85 | 549,523.35 |
| Check | 4/15/2011 | 17860 | Spellman, Tim | | Cash-1stSW | | 549,523.35 |
| Deposit | 4/18/2011 | | Spellman, Tim | Telephone Tr... | Cash-1stSW | 8,000.00 | 557,523.35 |
| Bill | 4/18/2011 | 0418 | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 557,006.50 |
| Bill | 5/1/2011 | 050111 | A-H Properties, LLC | Property pay... | Accounts Paya... | -533.46 | 556,473.04 |
| Check | 5/6/2011 | 17886 | Spellman, Tim | | Cash-1stSW | | 556,473.04 |
| Check | 5/13/2011 | 17898 | Spellman, Tim | | Cash-1stSW | | 556,473.04 |
| Bill | 5/19/2011 | 051911 | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 555,956.19 |
| Bill | 5/27/2011 | | Spellman, Tim | reimbursed e... | Accounts Paya... | -4,453.93 | 551,502.26 |
| Bill | 5/27/2011 | 060111 | A-H Properties, LLC | Property pay... | Accounts Paya... | -533.46 | 550,968.80 |
| Check | 6/10/2011 | 17954 | Spellman, Tim | | Cash-1stSW | | 550,968.80 |
| Check | 6/10/2011 | 17954 | Spellman, Tim | | Cash-1stSW | -1,000.00 | 549,968.80 |
| Check | 6/23/2011 | EFT | Spellman, Tim | | Cash-1stSW . | -8,000.00 | 541,968.80 |

Page 1

6:00 PM
12/20/11
Accrual Basis

**Las Animas Wood Products, Inc.**
## Account QuickReport
As of December 31, 2011

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill | 6/24/2011 | 17964 | A-H Properties, LLC | 615 CR 233 2... | Accounts Paya... | -568.20 | 541,400.60 |
| General Journal | 6/30/2011 | 81 | | Expenses for ... | Coffee Bar | 1,278.82 | 542,679.42 |
| Bill | 7/2/2011 | 07022... | A-H Properties, LLC | 615 CR 233 2... | Accounts Paya... | -568.20 | 542,111.22 |
| Bill | 7/8/2011 | 0708 | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 541,594.37 |
| Deposit | 7/12/2011 | | Spellman, Tim | Deposit | Cash-1stSW | 1,000.00 | 542,594.37 |
| General Journal | 7/15/2011 | 82 | | Paid with Tim... | Accounts Paya... | 3,154.75 | 545,749.12 |
| Bill | 7/15/2011 | 644662 | Basin Co-op | personal purc... | Accounts Paya... | -69.00 | 545,680.12 |
| Bill | 7/19/2011 | | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 545,163.27 |
| General Journal | 7/22/2011 | 87 | | | -SPLIT- | 243.34 | 545,406.61 |
| General Journal | 7/29/2011 | 88 | | repay | Cash-1stSW | -4,000.00 | 541,406.61 |
| Bill | 7/31/2011 | 137 | Thriftway | payments by ... | Santa Fe fuel | 83.04 | 541,489.65 |
| Bill | 8/2/2011 | 08022... | A-H Properties, LLC | 615 CR 233 2... | Accounts Paya... | -568.20 | 540,921.45 |
| General Journal | 8/6/2011 | 96 | Randy's Restaurant | meeting with ... | Meals & Entert... | 94.28 | 541,015.73 |
| General Journal | 8/11/2011 | 97 | | | -SPLIT- | 62.92 | 541,078.65 |
| Bill | 8/19/2011 | | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 540,561.80 |
| General Journal | 8/22/2011 | 90 | | repay | Cash-1stSW | -4,000.00 | 536,561.80 |
| General Journal | 8/27/2011 | 93 | | | Fuel | 75.00 | 536,636.80 |
| General Journal | 8/27/2011 | 104 | | reimburse Ti... | Mill | 64.30 | 536,701.10 |
| General Journal | 8/29/2011 | 105 | | reimburse Tim | Mill | 377.08 | 537,078.18 |
| General Journal | 8/31/2011 | 94 | | | Meals & Entert... | 35.00 | 537,113.18 |
| Bill | 9/2/2011 | 09022... | A-H Properties, LLC | 615 CR 233 2... | Accounts Paya... | -568.20 | 536,544.98 |
| General Journal | 9/2/2011 | 92 | | repay | Cash-1stSW | -3,000.00 | 533,544.98 |
| General Journal | 9/4/2011 | 103 | | reimburse Ti... | Yard | 33.92 | 533,578.90 |
| General Journal | 9/4/2011 | 106 | Sam's Club | | Coffee Bar | 307.43 | 533,886.33 |
| General Journal | 9/16/2011 | 108 | Grandview Store | | Santa Fe fuel | 62.69 | 533,949.02 |
| Bill | 9/17/2011 | | Hyundai Motor Fina... | Hyundai Pay... | Accounts Paya... | -516.85 | 533,432.17 |
| Bill | 9/17/2011 | 650512 | Basin Co-op | personal purc... | Accounts Paya... | -133.11 | 533,299.06 |
| General Journal | 9/23/2011 | 109 | Alpine Mountain Co... | rod & linda K... | Meals & Entert... | 42.36 | 533,341.42 |
| Bill | 9/25/2011 | 107 | Basin Co-op | | Santa Fe fuel | 62.48 | 533,403.90 |
| Bill | 9/27/2011 | | A-H Properties, LLC | 615 Cr 233 2... | Accounts Paya... | -568.20 | 532,835.70 |
| Transfer | 9/29/2011 | | | Funds Transfer | Cash-1stSW | -3,000.00 | 529,835.70 |
| General Journal | 10/8/2011 | 118 | | payment for p... | Other | 43.32 | 529,879.02 |
| General Journal | 10/13/2011 | 119 | Old Tymer's Cafe | payments by ... | Meals & Entert... | 84.00 | 529,963.02 |
| General Journal | 10/15/2011 | 122 | | | -SPLIT- | 17.02 | 529,980.04 |
| General Journal | 10/15/2011 | 122 | | | Add'l Paid in C... | 32.70 | 530,012.74 |
| Deposit | 10/18/2011 | | | Deposit from ... | Cash-1stSW  440 INV | 5,000.00 | 535,012.74 |
| General Journal | 10/25/2011 | 123 | | met with Dav... | Meals & Entert... | 21.97 | 535,034.71 |
| Check | 10/28/2011 | Tx | Spellman, Tim | | Cash-1stSW | -3,000.00 | 532,034.71 |
| Check | 11/7/2011 | ACH | Hyundai Motor Fina... | | Cash-1stSW | -516.85 | 531,517.86 |

Page 2

6:00 PM

12/20/11

Accrual Basis

**Las Animas Wood Products, Inc.**
**Account QuickReport**
As of December 31, 2011

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Check | 11/15/2011 | Tx | Spellman, Tim | | Cash-1stSW | -3,000.00 | 528,517.86 |
| General Journal | 11/17/2011 | 144 | | Tim paid busi... | -SPLIT- | 540.95 | 529,058.81 |
| General Journal | 11/22/2011 | 147 | AT&T Mobility | telephone eq... | Telephone Ex... | 87.37 | 529,146.18 |
| Check | 11/22/2011 | Tx | Spellman, Tim | | Cash-1stSW | -3,000.00 | 526,146.18 |
| Credit Card Charge | 11/28/2011 | | Sam's Club | | Sam's Club | -86.88 | 526,059.30 |
| General Journal | 11/29/2011 | 148 | Costco | | Santa Fe fuel | 451.01 | 526,510.31 |
| General Journal | 11/30/2011 | 150 | Gazpacho | | Meals & Entert... | 26.71 | 526,537.02 |
| General Journal | 12/2/2011 | 151 | | garnishment ... | Accounts Paya... *CA-0 owe* | 1,580.17 | 528,117.19 |
| Check | 12/7/2011 | ACH | Hyundai Motor Fina... | | Cash-1stSW | -516.85 | 527,600.34 |
| General Journal | 12/8/2011 | 152 | | | Dues & Subsc... *D+B* | 69.00 | 527,669.34 |
| General Journal | 12/9/2011 | 153 | SW New Vision For... | wire sent fro... | Accounts Paya... | 6,048.73 | 533,718.07 |
| General Journal | 12/10/2011 | 154 | Imp AHC Craig Imp... | wire from per... | Accounts Paya... | 3,564.60 | 537,282.67 |
| Total Add'l Paid in Capital | | | | | | 14,181.54 | 537,282.67 |
| **TOTAL** | | | | | | 14,181.54 | 537,282.67 |

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

Las Animas Wood Products, Inc.                                 Chapter 11 _____
_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 804,200.00 | | |
| B - Personal Property | Yes | 3 | $ 196,337.60 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 736,771.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 29,345.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 812,827.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 20 | $ 1,000,537.60 | $ 1,578,944.70 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** <u>Las Animas Wood Products, Inc.</u>                                    Case No. _____
                                        Debtor(s)                                                      (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **commercial land and building, Lot 1-R of the Gomez-Stewart-Willis Boundary Adjustment Project, located at 577 C.R. 233, Durango CO 81301** | **Fee Simple** | | **776,570.00** | **729,037.96** |
| **commercial land, Lot 3 of Gomez Subdivision, located at 577 C.R. 233, Durango CO 81301** | **Fee Simple** | | **27,630.00** | **729,037.96** |
| | | **TOTAL** | **804,200.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Las Animas Wood Products, Inc.** _____   Case No. _____
<br>                                        Debtor(s)                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **petty cash** | | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account #xxxxx1505, 1st Southwest Bank, 679 E. 2nd Ave., Ste A, Durango CO 81301 as of 12/21/2011** | | **2,799.60** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  **Las Animas Wood Products, Inc.** _____  Case No. _____
Debtor(s)               (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Dodge Ram 3500 255,000 miles - average condition** | | **1,000.00** |
| | | **1999 Sterling L75 flat bed truck 120,000 miles - average condition** | | **8,000.00** |
| 26. Boats, motors, and accessories. | | **1998 homemade dory and trailer** | | **1,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **eight computers, four desks and chairs, three file cabinets, coffeemaker, refrigerator, and miscellaneous office supplies** | | **1,402.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1993 John Deere 310 backhoe - does not run** | | **0.00** |
| | | **1996 Ingersol Rand forklift (12,000 hours)** | | **5,000.00** |
| | | **Deihl Straight Line Rip $3,000**<br>**Pinheirp 450 Opt Gang rip saw $6,000**<br>**Woodsman portable sawmill $5,000**<br>**Optisano sander $5,000**<br>**CAT propane forklift $500** | | **40,700.00** |

B6B (Official Form 6B) (12/07) - Cont.

IN RE  **Las Animas Wood Products, Inc.**                                    Case No. _____
_____                                    _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | Tyler 36" Resaw $1,500<br>Whirlwind Upcut 1 saw $200<br>Prifimat 23 moulder $5,000<br>End matcher saw $100<br>Cemco sander (broken)<br>Pinheiro planer $4,000<br>SCM M3 Rip $800<br>Wirlwind Upcat 1 saw $200<br>Tyler 36" Resaw $1,500<br>Profimat 23 moulder $5,000<br>End match saw $100<br>Cemco Sander (broken) $0<br>Pinheiro Planer $4,000<br>Weining 934 tool grinder $500<br>two Weing 931 Grinder $800<br>two air compressors $600<br>Dixie Dust Collection System $5,000<br>security system $1,000<br>pallet rack $500<br>lumber racks $1,000<br>miscellaneous shop tools $200<br>miscellaneous lumber | | 136,236.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 196,337.60 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C)(04/10)

IN RE **Las Animas Wood Products, Inc.** _____   Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* _Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D)(12/07)

IN RE **Las Animas Wood Products, Inc.**                                    Case No. _____
                          Debtor(s)                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0101** <br><br>**1st Southwest Bank** <br>**PO Box 1139** <br>**Alamosa, CO  81101-1139** | X | | **9/24/2009, deed of trust and security interest, real property and all equipment, fixtures, inventory, chattel paper, and accounts, property located at 577 CR 233, Durango CO** <br> VALUE $ **1,000,537.60** | | | | **629,114.75** | |
| ACCOUNT NO. <br><br>**1st Southwest Bank** <br>**679 E 2nd Ave Unit A** <br>**Durango, CO  81301-5565** | | | **Assignee or other notification for:** <br>**1st Southwest Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br>**District Court, La Plata County** <br>**Case No.: 2011CV416** <br>**1060 E 2nd Ave # 106** <br>**Durango, CO  81301-5113** | | | **Assignee or other notification for:** <br>**1st Southwest Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br>**Public Trustee, La Plata County** <br>**Sale No: 2011-174** <br>**PO Box 99** <br>**Durango, CO  81302-0099** | | | **Assignee or other notification for:** <br>**1st Southwest Bank** <br><br> VALUE $ | | | | | |

_**1**_ continuation sheets attached

Subtotal
(Total of this page)    $ **629,114.75**    $

Total
(Use only on last page)    $        $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) — Cont.

IN RE **Las Animas Wood Products, Inc.** _____   Case No. _____
                              Debtor(s)                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0103**<br><br>**1st Southwest Bank**<br>**PO Box 1139**<br>**Alamosa, CO  81101-1139** | X | | **9/24/2009, security interest, 1999 Sterling L76 flat bed truck**<br><br>VALUE $ **8,000.00** | | | | **7,733.31** | |
| ACCOUNT NO. **0102**<br><br>**1st Southwest Bank**<br>**PO Box 1139**<br>**Alamosa, CO  81101-1139** | X | | **11/22/2006, deed of trust and security interest, real property and all equipment, fixtures, inventory, chattel paper, and accounts, property located at 577 CR 233, Durango CO**<br>VALUE $ **1,000,537.60** | | | | **99,923.21** | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _____**1**_ of _____**1**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **107,656.52** | $ |
| Total<br>(Use only on last page) | $ **736,771.27** | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE  Las Animas Wood Products, Inc. _____  Case No. _____
                    Debtor(s)                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE **Las Animas Wood Products, Inc.** _____     Case No. _____
                              Debtor(s)                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Deposits by individuals
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **unkn** <br>**Brad & Inge Lyons**<br>**63 Moenkopi Dr**<br>**Durango, CO  81301-6901** | | | 10/27/2011, deposit for goods/services | | | | 1,300.00 | 1,300.00 | |
| ACCOUNT NO. **unkn** <br>**David Mariette**<br>**3747 Cr 237**<br>**Durango, CO  81301** | | | 12/17/2011, deposit for goods/services | | | | 2,600.00 | 2,600.00 | |
| ACCOUNT NO. **unkn** <br>**Ed Smith**<br>**130 Puma Pl**<br>**Durango, CO  81301-8367** | | | 11/15/2011, deposit for goods/services | | | | 220.00 | 220.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                    Subtotal
          (Totals of this page)  $ **4,120.00**  $ **4,120.00**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/10) – Cont.**

**IN RE** Las Animas Wood Products, Inc. _____ Case No. _____
         Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9130**<br>**Internal Revenue Service**<br>**Central Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | X | | **2010, 941 taxes** | | | | **6,994.44** | **6,994.44** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**District Counsel**<br>**1244 Speer Blvd Ste 500**<br>**Denver, CO 80204-3583** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Attn: Bankruptcy Unit**<br>**1999 Broadway Ste 1722**<br>**Denver, CO 80202-2490** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO.<br>**US Attorney General**<br>**Re: IRS**<br>**10th & Consitution Ave.**<br>**Washington, DC 20530-0001** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO. **9130**<br>**Internal Revenue Service**<br>**Central Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | X | | **2011, 941 taxes** | | | | **18,231.52** | **18,231.52** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **25,225.96** $ **25,225.96** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **29,345.96**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **29,345.96** $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Las Animas Wood Products, Inc.**
_____     Case No. _____
Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0015**<br><br>**Advanta Business Card<br>PO Box 5657<br>Hicksville, NY  11802-5657** | | | **7/2007 to 11/2009, miscellaneous purchases and operating expenses** | | | | **25,233.04** |
| ACCOUNT NO.<br><br>**Cardworks Servicing LLC<br>PO Box 9201<br>Old Bethpage, NY  11804-9001** | | | **Assignee or other notification for:<br>Advanta Business Card** | | | | |
| ACCOUNT NO. **unk**<br><br>**Albrecht Construction LLC<br>FLC 7104<br>1000 Rim Dr<br>Durango, CO  81301-3911** | | | **12/9/2011, deposit for goods/services** | | | | **1,000.00** |
| ACCOUNT NO. **unk**<br><br>**Alpine Mountain Construction<br>PO Box 2104<br>Telluride, CO  81435-2104** | | | **7/2011, deposit for goods/services** | | | | **1,700.37** |

**7** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | **27,933.41** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Las Animas Wood Products, Inc. _____ Case No. _____
                  Debtor(s)                                     (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1005**<br>**American Express**<br>**Customer Service**<br>**PO Box 981540**<br>**El Paso, TX  79998-1537** | | | **3/24/2007 to 1/10/2010, miscellaneous purchases and operating expenses** | | | | **3,103.09** |
| ACCOUNT NO.<br>**Firstsource Advantage, LLC**<br>**Ref: 16685893**<br>**PO Box 628**<br>**Buffalo, NY  14240-0828** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO.<br>**Firstsource Advantage, LLC**<br>**Ref: 16685893**<br>**205 Bryant Woods S**<br>**Amherst, NY  14228-3609** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO. **unkn**<br>**Bakerview Forest Products**<br>**PO Box 277**<br>**Custer, WA  98240-0277** | | | **11/17/2008, shipping expenses** | | | | **3,876.33** |
| ACCOUNT NO.<br>**Bakerview Forest Products**<br>**#203-201 Stewart Crescent**<br>**Maple Ridge, BC  V2X 0T6** | | | **Assignee or other notification for:**<br>**Bakerview Forest Products** | | | | |
| ACCOUNT NO. **8657**<br>**Bank Of America**<br>**PO Box 851001**<br>**Dallas, TX  75285-1001** | | | **2/23/2007 to 6/1/2009, miscellaneous purchases and operating expenses** | | | | **30,130.07** |
| ACCOUNT NO.<br>**Bank Of America**<br>**Attn: Recovery Dept.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410-8110** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,109.49**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Las Animas Wood Products, Inc.** _____  Case No. _____
_____
                           Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bonded Collection Corp**<br>**Ref: 7280896**<br>**29 E Madison St Ste 1650**<br>**Chicago, IL  60602-4427** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO. **6018**<br>**Bank Of America**<br>**PO Box 851001**<br>**Dallas, TX  75285-1001** | | | **9/29/2008 to 1/5/2010, miscellaneous purchases and operating expenses** | | | | 1,822.19 |
| ACCOUNT NO.<br>**Andreu, Palma & Andreu PL**<br>**Ref: 120005126427**<br>**701 SW 27th Ave Ste 900**<br>**Miami, FL  33135-3000** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Cach LLC**<br>**Attn: Bankruptcy Dept**<br>**4340 S Monaco St 2nd Fl**<br>**Denver, CO  80237-3485** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**County Court, Las Animas County**<br>**Case No: CACH LLC v LLA Wood Prod**<br>**200 E 1st St Rm 304**<br>**Trinidad, CO  81082-3003** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**P. Scott Lowery, P.C.**<br>**Ref: 120005126427**<br>**4500 Cherry Creek South Dr Ste 700**<br>**Denver, CO  80246-1534** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO. **9356**<br>**Bank Of America**<br>**PO Box 15184**<br>**Wilmington, DE  19850-5184** | X | | **over period of time, miscellaneous purchases and operating expenses** | | | | 25,089.26 |

Sheet no. ____**2**__ of ____**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                  (Total of this page)  $  **26,911.45**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) – Cont.

IN RE Las Animas Wood Products, Inc.                              Case No. _____
_____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Focus Receivables Management LLC**<br>**1130 Northchase Pkwy SE Ste 150**<br>**Marietta, GA  30067-6429** | | | Assignee or other notification for:<br>**Bank Of America** | | | | |
| ACCOUNT NO. **none**<br>**Begley Lumber Company, Inc.**<br>**PO Box 2800**<br>**London, KY  40743-2800** | | | **11/2008 to 5/2009, purchases of lumber** | | | | 53,896.35 |
| ACCOUNT NO.<br>**District Court, La Plata County**<br>**Case No.: 2010CV250**<br>**1060 E 2nd Ave # 106**<br>**Durango, CO  81301-5113** | | | Assignee or other notification for:<br>**Begley Lumber Company, Inc.** | | | | |
| ACCOUNT NO.<br>**J.A. Bopp, LLC**<br>**PO Box 2002**<br>**Durango, CO  81302-2002** | | | Assignee or other notification for:<br>**Begley Lumber Company, Inc.** | | | | |
| ACCOUNT NO. **1100**<br>**Capital One Bank**<br>**Visa Business Card**<br>**PO Box 60599**<br>**City of Industry, CA  91716-0599** | X | | **6/28/2007 to 7/30/2009, miscellaneous purchases and operating expenses** | | | | 15,026.55 |
| ACCOUNT NO.<br>**County Court, Las Animas County**<br>**Case No: 2010C624**<br>**200 E 1st St Rm 304**<br>**Trinidad, CO  81082-3003** | | | Assignee or other notification for:<br>**Capital One Bank** | | | | |
| ACCOUNT NO.<br>**Machol & Johannes LLC**<br>**Ref: EN267650**<br>**717 Seventeenth St Ste 2300**<br>**Denver, CO  80202-3317** | | | Assignee or other notification for:<br>**Capital One Bank** | | | | |

Sheet no. _____**3** of _____**7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **68,922.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Las Animas Wood Products, Inc._____    Case No. _____
                          Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **none**<br><br>**Dave Paul Industries, Inc.**<br>**2729 Cr 228**<br>**Durango, CO  81301-8232** | | | 9/2/2011 to 9/29/2011, contract work on finishing lumber | | | | 2,274.47 |
| ACCOUNT NO. **none**<br><br>**Durango Electric Services Inc.**<br>**109 Suttle St**<br>**Durango, CO  81303-7911** | | | 10/2006 to 1/2/2008, electrical services | | | | 21,306.43 |
| ACCOUNT NO. **4001**<br><br>**Goldman Robbins & Nicholson PC**<br>**679 E 2nd Ave. Ste C**<br>**PO Box 2270**<br>**Durango, CO  81302-2270** | | | 1/2009 to 7/2010, legal fees | | | | 2,217.54 |
| ACCOUNT NO. **unkn**<br><br>**International Commodity Carriers Inc.**<br>**2090 Commerce Dr**<br>**Medford, OR  97504-9744** | | | 6/21/2010, shipping expenses | | | | 1,654.00 |
| ACCOUNT NO. **unkn**<br><br>**J & M Baling Inc.**<br>**1621 W Murray Dr Ste C**<br>**Farmington, NM  87401-4013** | | | 6/7/2009, shipping expense | | | | 3,000.00 |
| ACCOUNT NO. **0001**<br><br>**Lumber Products, Inc.**<br>**PO Box 28007**<br>**Portland, OR  97228-8007** | | | 8/2010 to 11/2010, miscellaneous purchases | | | | 8,153.44 |
| ACCOUNT NO.<br><br>**Coface Collections N.A.**<br>**Attn: Jennifer Millet**<br>**PO Box 8471**<br>**Metairie, LA  70011-8471** | | | Assignee or other notification for: Lumber Products, Inc. | | | | |

Sheet no. ____**4**___ of ___**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          
(Total of this page)     $   **38,605.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Las Animas Wood Products, Inc.** _____   Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5994** <br><br> **MBNA** <br> **PO Box 15710** <br> **Wilmington, DE  19886-5710** | | | **11/2007 to 10/2009, miscellaneous purchases and operating expenses** | | | | 3,121.12 |
| ACCOUNT NO. <br><br> **Cach LLC** <br> **Ref: 120005126428** <br> **4340 S Monaco St 2nd Fl** <br> **Denver, CO  80237-3485** | | | **Assignee or other notification for: MBNA** | | | | |
| ACCOUNT NO. <br><br> **County Court, La Plata County** <br> **Case No: CACH LLC v Las Wood Products** <br> **1060 E 2nd Ave # 106** <br> **Durango, CO  81301-5113** | | | **Assignee or other notification for: MBNA** | | | | |
| ACCOUNT NO. <br><br> **Integrity Financial Partners, Inc.** <br> **Ref: 5415602** <br> **4370 W 109th St Ste 100** <br> **Leawood, KS  66211-1316** | | | **Assignee or other notification for: MBNA** | | | | |
| ACCOUNT NO. **none** <br><br> **MJP Trucking LLC** <br> **710 W 1050 S** <br> **Richfield, UT  84701-3083** | | | **8/23/2011, shipping** | | | | 4,252.50 |
| ACCOUNT NO. **unkn** <br><br> **Newman Lumber Company** <br> **PO Box 2580** <br> **Gulfport, MS  39505-2580** | | | **10/2007 to 5/2008, miscellaneous purchases** | | | | 6,615.32 |
| ACCOUNT NO. **5793** <br><br> **Sam's Club** <br> **PO Box 530981** <br> **Atlanta, GA  30353-0981** | | | **8/21/2009 to 10/22/2011, miscellaneous purchases and operating expenses** | | | | 3,877.89 |

Sheet no. ____**5**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,866.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Las Animas Wood Products, Inc.** _____  Case No. _____
                          Debtor(s)                                                      (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sam's Club** <br> **Attn: Customer Service** <br> **2101 SE Simple Savings Dr** <br> **Bentonville, AR  72716-0745** | | | Assignee or other notification for: <br> Sam's Club | | | | |
| ACCOUNT NO. **2006** <br> **Shand, Newbold & Chapman PC** <br> **PO Box 2790** <br> **Durango, CO  81302-2790** | | | 6/13/2011 to 10/14/2011, legal services | | | | **5,935.20** |
| ACCOUNT NO. **2004** <br> **Shand, Newbold & Chapman PC** <br> **PO Box 2790** <br> **Durango, CO  81302-2790** | | | 11/30/2010 to 12/1/2010, legal services | | | | **2,848.50** |
| ACCOUNT NO. **unkn** <br> **Skyline Lumber Company** <br> **PO Box 21606** <br> **Eugene, OR  97402-0410** | | | 10/1/2009, miscellaneous purchases of lumber products | | | | **1,496.70** |
| ACCOUNT NO. **unkn** <br> **Talladega Machinery Sales** <br> **PO Box 736** <br> **Talladega, AL  35161-0736** | | | 4/22/2010 to 7/20/2010, commission on sale of equipment | | | | **376.00** |
| ACCOUNT NO. **none** <br> **Timothy N. Spellman** <br> **577 CR 233** <br> **Durango, CO  81301-6567** | | | 1/1/2010 to 12/10/2011, loans to company | | | | **537,282.67** |
| ACCOUNT NO. **none** <br> **Vandergrift Diesel** <br> **PO Box 553** <br> **Durango, CO  81302-0553** | | | 3/10/2009 to 11/8/2011, vehicle and equipment repairs | | | | **19,789.08** |

Sheet no. _____ **6** of _____ **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **567,728.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 9 Cont.

IN RE **Las Animas Wood Products, Inc.** _____  Case No. _____
       Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **unkn** <br><br> **W & L Contractors, Inc.** <br> **PO Box 635** <br> **Myrtle Point, OR  97458-0635** | | | 5/2009 to 6/2009, miscellaneous purchases | | | | 24,471.96 |
| ACCOUNT NO. **unkn** <br><br> **Western Timber Products, Inc.** <br> **610 W Hubbard St Ste 203/204** <br> **Coeur D Alene, ID  83814-2285** | | | 6/10/2009,l miscellaneous purchases | | | | 3,277.40 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**7**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
              (Total of this page) $ **27,749.36**

                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **812,827.47**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Las Animas Wood Products, Inc.**                                    Case No. _____
_____                                              
                        Debtor(s)                                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Canon Financial Services, Inc.**<br>**14904 Collections Center Dr.**<br>**Chicago, IL  60693-0149** | **60 month lease agreement for Canon IR2270;**<br>**beginning 5/14/2010, monthly payment $125.36** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Las Animas Wood Products, Inc. _____ Case No. _____
                                           Debtor(s)                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timothy N. Spellman**<br>**577 CR 233**<br>**Durango, CO  81301-6567** | **Internal Revenue Service**<br>**Central Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346**<br><br>**Internal Revenue Service**<br>**Central Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346**<br><br>**1st Southwest Bank**<br>**PO Box 1139**<br>**Alamosa, CO  81101-1139**<br><br>**1st Southwest Bank**<br>**PO Box 1139**<br>**Alamosa, CO  81101-1139**<br><br>**1st Southwest Bank**<br>**PO Box 1139**<br>**Alamosa, CO  81101-1139**<br><br>**Capital One Bank**<br>**Visa Business Card**<br>**PO Box 60599**<br>**City of Industry, CA  91716-0599**<br><br>**Bank Of America**<br>**PO Box 15184**<br>**Wilmington, DE  19850-5184** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Las Animas Wood Products, Inc.** _____  Case No. _____
_____
Debtor(s)                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
Debtor

Date: _____  Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Las Animas Wood Products, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 21, 2011** _____  Signature: _**/s/ Timothy N. Spellman**_____

**Timothy N. Spellman**
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                               Case No. _____

__Las Animas Wood Products, Inc._____   Chapter __11_____
                          Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: __December 21, 2011_____   Signature: **_/s/ Timothy N. Spellman_**_____
                                                      **Timothy N. Spellman, President**                    Debtor


Date: _____   Signature: _____
                                                                                           Joint Debtor, if any


Date: __December 21, 2011_____   Signature: **_/s/ Charles G. Stewart_**_____
                                                          **Charles G. Stewart 15254**           Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only